IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 98 cr 00305-N

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID DEWAYNE ROSS,
a/k/a "Wayne Ross",

      Defendant.

---

# ORDER

---

Upon consideration of Defendant's Motion (#172) to reduce his sentence, and upon the finding that he was represented in this matter by Charles Elliott, counsel appointed under the Criminal Justice Act, it is

**ORDERED** as follows:

1. Charles Elliott is hereby appointed to represent Defendant under the provisions of the Criminal Justice Act. Mr. Elliott and the clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointed counsel, he shall notify the court in writing within ten days. Similarly, if Mr. Elliott cannot accept this appointment, he shall notify the court in writing within ten days.

2. Counsel shall review Defendants filing and may supplement that filing on or before April 14, 2008. The Government shall respond to any filing, as supplemented, no later than April 28, 2008.

Dated this 19th day of March, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge