**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: October 24, 2008
Court Reporter: Janet Coppock                Time: 20 minutes
Probation Officer:   Doug Randolph           Interpreter: n/a

---

**CASE NO. 98-CR-00305-EWN**

<u>Parties</u>                                <u>Counsel</u>

**UNITED STATES OF AMERICA,**                James Boma

      Plaintiff,

vs.

**DAVID DEWAYNE ROSS,**                      Charles Elliott

      Defendant.

---

**HEARING ON MOTION FOR SENTENCING REDUCTION**

---

**3:18 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is not present.

Mr. Elliott advises that the defendant is aware of this hearing and requests that his appearance be waived.  No objection by Mr. Boma.

Court inquires if counsel feel there is a conflict with Judge Brimmer presiding over these proceedings.

Counsel concur no conflict exists.

**Unopposed Motion for Two Level Reduction and Unopposed Request for Sentencing at the Bottom of the Guideline Range (Doc #178), filed 4/22/08.**

Comments by Mr. Elliott.

Comments by Mr. Boma.

Court states its findings and conclusions.

**ORDERED:** Unopposed Motion for Two Level Reduction and Unopposed Request for Sentencing at the Bottom of the Guideline Range (Doc #178), filed 4/22/08 is **GRANTED.**

**ORDERED:** Defendant's sentence of imprisonment is reduced to **151** months. Probation Department shall prepare an amended judgment.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**3:38 p.m. COURT IN RECESS**

**Total in court time: 20 minutes**

**Hearing concluded**