# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 98-cr-00305-EWN-02 |
| DAVID DEWAYNE ROSS ) | USM No: 28340-013 |
| Date of Previous Judgment: November 2, 2000 ) | Charles W. Elliott, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 months__ **is reduced to** __151 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 34 | | Amended Offense Level: 32 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 188 to 235 months | | Amended Guideline Range: 151 to 188 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  November 2, 2000, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 24, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Philip A. Brimmer, U.S. District Judge
Printed name and title