IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00305-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DAVID DEWAYNE ROSS,

    Defendant.

_____

## ORDER
_____

This matter is before the court on a review of this file in this matter. It is

**ORDERED** as follows:

1. Docket No. 163 (Motion for Correction and Reduction of Sentence) was granted at the hearing on October 24, 2008.

2. Docket No. 181 (Government's Response Joining in Motion for a Two Level Reduction and Unopposed Request for Sentencing at the Bottom of the Resulting Guideline Range) is DENIED as moot, given the Court's ruling on Docket No. 163 and the amendment of defendant's sentence.

3. All other pending motions are DENIED as moot.

DATED this 6th day of November, 2008.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge